# INDEX TO EXHIBITS

*L. Alicia Rascon v. Clinton H. Brookins, et al.*
Cause No. 2:14-cv-00749-JJT

| EXHIBIT | DESCRIPTION |
|---|---|
| 1 | Email correspondence to City of Phoenix from Devon Jacob |
| 2 | Letters of Appointment |
| 3 | Probate Court Docket |
| 4 | City of Phoenix's First Request for Production of Documents to Plaintiffs |
| 5 | Plaintiffs' Response to the City of Phoenix's First Request for Production of Documents |
| 6 | February 11, 2015 Letter to Devon Jacob |
| 7 | February 11, 2015 email from Devon Jacob |
| 8 | Application for Informal Appointment of Personal Representative (Limited) |
| 9 | March 17, 2015 email correspondence between Christina Retts and Devon Jacob |
| 10 | February 19, 2015 email from Devon Jacob |
| 11 | John C. Lincoln Hospital's Objection to Plaintiffs' Subpoena *duces tecum* |
| 12 | April 16, 2015 email from Devon Jacob attaching signed releases |
| 13 | Plaintiffs' Responses to City of Phoenix's First Interrogatories |
| 14 | Documents from Yellow-Checker-Star Transportation |
| 15 | Cochise County Information Sheet |
| 16 | Correspondence to Decedent from Cochise County |
| 17 | Decedent's Pre-Sentence Investigation Report |
| 18 | Conditions of Probation |
| 19 | Travel Permit |
| 20 | Financial Judgment against Decedent |
| 21 | Application for Interstate Compact |
| 22 | Medical Examiner Phone Log |
| 23 | Probate Information Cover Sheet |

3053441.1