```
                    PHOENIX POLICE DEPARTMENT REPORT
     ORIGINAL           PAGE NUMBER:   1     DR NUMBER: 2012 00636750

REPORT DATE: 20120417   TIME: 0651

TYPE OF REPORT:  AGGRAVATED ASSAULT ON A POLICE OFFICER    OFFENSE: 245

LOCATION: 001909 W THUNDERBIRD ROAD             BEAT: 0935   GRID: DC24

DATE/TIME OF OCCURRENCE:   TUE    041012   2224

REPORTING OFFICER[S]: BRIAN HANSEN                 6250     UNIT: C35

PREMISES: STREET/ROADWAY/ALLEY                           OCCUPIED:

OFFENSE INVOLVED: OFFICER ASSAULT   INTOXICATION -
                  BIAS - NONE(NO BIAS)

PARTY-CREW: NO

REPORT DISPOSITION: EXCEPTIONALLY CLEARED         OVER AGE 18: YES

REASON X-CLEARED: DEATH OF THE OFFENDER

                   ****  SUSPECT INFORMATION  ****

  SUSPECT-01:
                NAME: SANCHEZ, JORGE ESTEBAN

     SPEAKING: ENGLISH

     SUSPECTED OF USING: DRUGS/NARCOTICS

     RACE: H   SEX: M   AGE: 31   DOB: REDACTED   HT: 508    WT: 175
     HAIR: BRO      EYES: BRO     SSN: REDACTED
     HOME: REDACTED  REDACTED             APT/SUITE:
           PHOENIX         AZ                ZIP CODE:
     LEVEL OF FORCE : AIR TASER - PROBES DEPLOYED

                   ****  VICTIM INFORMATION  ****

  VICTIM -01:
                NAME: KING, JEREMY

     SPEAKING: ENGLISH

     RACE: W   SEX: M   AGE: 27    DOB:          HT: 601   WT: 175

     AGGRAVATED ASSAULT HOMICIDE: ASSAULT ON LAW ENFORCEMENT OFF

     VICTIM OF:
         AGG ASSAULT - ATTEMPTED
               NOT APPLICABLE/UNKNOWN

2012 00636750                                             Continued.
```

```
                    PHOENIX POLICE DEPARTMENT REPORT
      ORIGINAL          PAGE NUMBER:   2      DR NUMBER: 2012 00636750

      CLOTHING DESC & MISC:
      CLASS D PHX POLICE UNIFORM
      WORK: REDACTED  REDACTED              APT/SUITE:
            PHOENIX          AZ             ZIP CODE:
      BUS.NAME: PHX POLICE DEPT              PHONE: REDACTED      EXT.
      OCCUPATION: POLICE OFFICER
      WORK HOURS: REDACTED                   DAYS OFF: WTF
      SER. NO.: 9144  SQUAD: 62K   ON DUTY: YES TREATMENT: NONE

      VICTIM DECLINES NOTIFICATION

                        **** WITNESS INFORMATION ****

   WITNESS -01:
                  NAME: WELCH, NICHOLAS

      SPEAKING: ENGLISH

      RACE: W  SEX: M  AGE: REDA   DOB:           HT: 607     WT: 210
      WORK: REDACTED                             APT/SUITE:
            PHOENIX          AZ                  ZIP CODE:
      BUS.NAME: PHX POLICE DEPARTMENT            PHONE: REDACTED      EXT.
      OCCUPATION: POLICE OFFICER
      SER. NO.: 9374  SQUAD: 62K   ON DUTY: YES TREATMENT: NONE


   WITNESS -02:
                  NAME: BROOKINS, CLINTON

      SPEAKING: ENGLISH

      RACE: W  SEX: M  AGE: REDA   DOB:           HT: 510     WT: 235
      WORK: REDACTED  REDACTED                   APT/SUITE:
            PHOENIX          AZ                  ZIP CODE:
      BUS.NAME: PHX POLICE DEPARTMENT            PHONE: (    ) -       EXT.
      SER. NO.: 9452  SQUAD: 61K   ON DUTY: YES TREATMENT: NONE


   WITNESS -03:
                  NAME: SQUIER, STEVEN

      SPEAKING: ENGLISH

      RACE: W  SEX: M  AGE: REDA   DOB:           HT: 508     WT: 170
      WORK: REDACTED  REDACTED                   APT/SUITE:
            PHOENIX          AZ                  ZIP CODE:
      BUS.NAME: PHX POLICE DEPARTMENT            PHONE: REDACTED      EXT.
      SER. NO.: 9147  SQUAD: 62K   ON DUTY: YES TREATMENT: NONE

   2012 00636750                                               Continued.
```

```
                    PHOENIX POLICE DEPARTMENT REPORT
     ORIGINAL         PAGE NUMBER:  3      DR NUMBER: 2012 00636750
```

WITNESS -04:    NAME: REDACTED

SPEAKING: ENGLISH

RACE: W  SEX: M  AGE: 48    DOB: REDACTED   HT: 508    WT: 160
HAIR: GRY    EYES: HAZ      SSN: REDACTED
HOME: REDACTED                              APT/SUITE:
      PHOENIX         AZ                    ZIP CODE:
MORE PHONE:CELLULAR: REDACTED


WITNESS -05:    NAME: REDACTED

SPEAKING: ENGLISH

RACE: W  SEX: F  AGE: 43    DOB: REDACTED   HT: 501    WT: 140
HAIR: BLN    EYES: BLU      SSN: REDACTED
HOME: REDACTED  REDACTED                    APT/SUITE:
      PHOENIX         AZ                    ZIP CODE:


**** NARRATIVE ****

SERIAL NUMBER: 6250

INVESTIGATIVE PERSONNEL
-----------------------
LIEUTENANT JOSEPH KNOTT #4037        INVESTIGATIVE LIEUTENANT ON SCENE
SERGEANT MIKE LANNING #5568          CASE SUPERVISOR
BRIAN HANSEN #6250                   CASE AGENT
SANDRA RODRIGUEZ #4639               SCENE AGENT
AUDREY SANTISI #8168                 ASSISTED WITH INTERVIEWS
CHRISTINE MCGOWAN #6940              ASSISTED WITH INTERVIEWS
SERGEANT CASEY TORNBERG #7478        PROVIDED INCIDENT BRIEFING


PROFESSIONAL STANDARDS PERSONNEL
--------------------------------
LIEUTENANT LINDA MERAZ #4761         PSB LIEUTENANT ON SCENE
SERGEANT KAREN HUDSON #6925          PSB CASE AGENT
SERGEANT J DOWDY #6164               PSB SCENE AGENT


2012 00636750                                                Continued.

PSB12-0032_0190

COP_0000925

```
                    PHOENIX POLICE DEPARTMENT REPORT
    ORIGINAL        PAGE NUMBER:   4     DR NUMBER: 2012 00636750
```

MCAO PERSONNEL
---------------
KEITH MANNING                          LAW ENFORCEMENT LIAISON/PRESENT
                                       DURING WALK THROUGH INTERVIEWS

PHOENIX FIRE DEPARTMENT PERSONNEL
---------------------------------
CAPTAIN WILLINGHAM                     ENGINE 33 A SHIFT/TREATED VICTIM
                                       AT SCENE

FIREFIGHTER REDDING                    RESCUE 33/TRANSPORTED VICTIM TO
FIREFIGHTER GOGILLL                    JCL DUNLAP

JOHN C LINCOLN HOSPITAL
-----------------------
REDACTED                               PRONOUNCED VICTIM DEAD AT 2255

FIRE INCIDENT
-------------
108646

OME CASE
--------
12-2323


ON WEDNESDAY, APRIL 11TH 2012 AT 0035 HOURS I RECEIVED A TELEPHONE CALL AT
MY HOME FROM HOMICIDE SERGEANT MIKE LANNING #5568.  LANNING ADVISED ME TO
RESPOND TO 19TH AVENUE AND THUNDERBIRD ROAD TO ASSIST WITH AN IN CUSTODY
DEATH INVESTIGATION.

I ARRIVED AT APPROXIMATELY 0110 HOURS.  AFTER ALL INVESTIGATORS WERE
PRESENT, NIGHT DETECTIVE SERGEANT CASEY TORNBERG PROVIDED AN INCIDENT
BRIEFING.  DURING THE BRIEFING, TORNBERG PROVIDED THE FOLLOWING
INFORMATION:

INCIDENT 2012-00636694
----------------------
AT 2210 HOURS OFFICERS WERE DISPATCHED TO THE CVS PHARMACY AT 1900 WEST
THUNDERBIRD ROAD.  THE CALL STATED A WHITE OR HISPANIC MALE WAS RUNNING
BACK AND FORTH IN THE PARKING LOT HIDING BEHIND CARS, AND THE SUBJECT
APPEARED TO BE ON DRUGS.  THE CLOTHING DESCRIPTION GIVEN WAS A BEIGE SHIRT
AND BROWN BOOTS, AND THE SUBJECT WAS APPROXIMATELY 25 YEARS OLD, 5'6" AND
175 POUNDS.

OFFICERS KING AND WELCH WERE DISPATCHED TO THE SUSPICIOUS PERSON CALL AND
DID NOT LOCATE THE INDIVIDUAL AT THE CVS STORE.

   2012 00636750                                              Continued.

```
                    PHOENIX POLICE DEPARTMENT REPORT
        ORIGINAL           PAGE NUMBER:   5      DR NUMBER: 2012 00636750
```

INCIDENT 2012-00636750
------------------------
AT 2223 HOURS OFFICERS WERE DISPATCHED TO 20TH LANE AND THUNDERBIRD. THIS CALL WAS FROM WITNESSES REDACTED AND REDACTED. REDACTED WAS TAKING GROCERIES OUT OF HER CAR WHEN AN INDIVIDUAL WALKED UP TO HER AND SAID HE WAS HIT BY A CAR, THE SUBJECT THEN CHANGED IT TO SAY HE WAS SHOT. REDACTED FELT THE INDIVIDUAL WAS ON DRUGS. SHE OBSERVED BLOOD ON HIS ABDOMEN AREA DURING HER CONTACT WITH HIM. SHE SAW HIM WALK EASTBOUND ON THUNDERBIRD FROM 20TH LANE.
------------------------

AS OFFICERS RESPONDED TO THE SECOND RADIO CALL DESCRIBED ABOVE, THEY LOCATED A SUBJECT MATCHING THE DESCRIPTION GIVEN ON BOTH CALLS WALKING ON THE SIDEWALK WEST OF THE MACAYOS RESTAURANT.

OFFICERS KING AND WELCH FIRST CONTACTED THE SUBJECT (LATER IDENTIFIED AS JORGE SANCHEZ) WALKING EASTBOUND. JORGE STATED HE WAS HIT BY A CAR AND THEN WALKED OUT INTO THE ROADWAY AND LAID DOWN IN THE ROAD. KING AND WELCH PULLED HIM OUT OF THE ROAD ONTO THE SIDEWALK. AT THIS TIME, OFFICERS BROOKINS AND SQUIER ARRIVED. JORGE KEPT TALKING TO THE OFFICERS BUT WAS NOT MAKING COHERENT STATEMENTS TO THEM. AFTER REMOVING HIM FROM THE ROAD, THE OFFICERS HAD JORGE SEATED. HE STOOD UP AND BEGAN TO SWING AT OFFICERS. THE OFFICERS GOT JORGE BACK TO THE GROUND BUT WERE UNABLE TO SUBDUE HIM AND HE GOT UP AGAIN.

OFFICER KING DEPLOYED A TASER AND IT HAD NO EFFECT ON JORGE, AND HE CONTINUED TO WALK AWAY FROM THE OFFICERS EASTBOUND. JORGE WAS TAKEN TO THE GROUND A SECOND TIME. OFFICER BROOKINS CONTROLLED JORGE'S HEAD BY PLACING AN ARM ON THE SIDE OF HIS NECK, AND HE WAS ULTIMATELY HANDCUFFED. THE OFFICERS THEN NOTICED HE WAS NOT BREATHING AND TOOK THE HANDCUFFS OFF AND BEGAN DOING CHEST COMPRESSIONS.

TIMELINE
--------

```
2229    TASER DEPLOYED
2231    FIRE REQUESTED DUE TO INJURIES AND TASER DEPLOYMENT
2233    SUBJECT IS NOT BREATHING/CPR BEGAN.
2238    FIRE TRANSPORTED SUBJECT TO JCL
2245    FIRE ARRIVES AT JCL
2255    DOCTOR REDACTED PRONOUNCED SUBJECT DEAD
```

AT THE CONCLUSION OF THE INCIDENT BRIEFING, I WAS ASSIGNED AS CASE AGENT FOR THIS INVESTIGATION.

I THEN CONDUCTED WALKTRHOUGH INTERVIEWS WITH THE FOUR INVOLVED OFFICERS. MYSELF, DETECTIVE RODRIGUEZ, AND KEITH MANNING OF THE MARICOPA COUNTY ATTORNEY'S OFFICE WERE PRESENT DURING ALL THE INTERVIEWS. THE INTERVIEWS WERE ALL DIGITALLY RECORDED AND THE AUDIO FILES WERE FORWARDED TO THE FORENSIC IMAGING UNIT.

                           ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL        PAGE NUMBER:  6       DR NUMBER: 2012 00636750

**** NARRATIVE ****

INTERVIEW OF OFFICER KING
-------------------------

OFFICER KING AND WELCH RESPONDED TO A RADIO CALL AT THE CVS FOR A SUSPICIOUS PERSON CALL.  THEY DID NOT LOCATE ANYONE MATCHING THE SUSPECT'S DESCRIPTION AT THE CVS PHARMACY AND CLEARED FROM THE CALL.  A SHORT TIME LATER, AN EMERGENCY CALL CAME OUT AT 2000 WEST THUNDERBIRD REGARDING AN HIT AND RUN ACCIDENT. KING RESPONDED TO THAT RADIO TRAFFIC AND WHILE RESPONDING, KING OBSERVED THE SUBJECT FROM THE SUSPICIOUS PERSON CALL ON THE SIDEWALK.  THE SUBJECT WAS STANDING IN THE CURB LANE NEAR THE DRIVEWAY TO THE MACAYOS.  THE SUBJECT FELL TO THE GROUND ON HIS OWN.  KING INSTRUCTED THE SUBJECT TO GET OUT OF THE ROAD.  THE SUBJECT REPLIED HE COULD NOT WALK.  KING CONTINUED TO TELL HIM TO GET OUT OF THE ROAD.

THE SUBJECT WOULD NOT COMPLY WITH KING'S REQUEST TO GET UP AND OUT OF THE ROAD.  KING AND WELCH THEN DRUG THE SUBJECT OUT OF THE ROAD BY HIS ARMS. THE FIRE DEPARTMENT WAS REQUESTED BECAUSE THE SUBJECTS ELBOWS WERE ALL BLOODY.  AFTER THEY GOT HIM TO THE CURB, THE INDIVIDUAL KEPT TRYING TO STAND UP.  HE IGNORED REPEATED COMMANDS TO STAY SEATED.  THE SUBJECT TRIED TO GET UP AND WHILE DOING SO HE SWUNG AT KING WITH HIS RIGHT HAND, AND THEN AT A SECOND OFFICER.

AFTER THE ATTEMPTED PUNCHES, HE WAS TAKEN TO THE GROUND BY BROOKINS.  THE SUBJECT WAS VERY STRONG AND THEY COULD NOT HANDCUFF HIM.  THE SUBJECT SCREAMED INCOHERENTLY AND IGNORED ALL COMMANDS GIVEN BY OFFICERS.  DURING THIS STRUGGLE, THE OFFICERS WERE TRYING TO GRAB THE SUBJECTS LIMBS TO CONTROL HIM.  KING WAS KNEELING ON HIS BUTTOCKS TRYING TO CONTROL HIM. THE SUBJECT GOT TO HIS FEET AND BEGAN FIST FIGHTING WITH THEM AGAIN.  KING TASED THE SUBJECT AND THE TASER STRUCK HIM IN THE CHEST FROM 7 TO 8 FEET.
  THIS DEPLOYMENT OF THE TASER DID NOT STOP THE SUBJECT, HE BRIEFLY SCREAMED AND THEN TOOK OFF RUNNING.  KING HEARD THE CRACKLE OF THE TASER DEPLOYING.  AS THE SUBJECT RAN, KING RAN WITH HIM SO THE WIRES WOULD NOT BREAK.

THE SUBJECT WAS TACKLED A SECOND TIME AND KING DEPLOYED THE TASER BECAUSE THE SUBJECT CONTINUED TO STRUGGLE.  THIS SECOND DEPLOYMENT, KING BELIEVED LASTED 15 TO 20 SECONDS.

ULTIMATELY THE OFFICERS WERE ABLE TO HANDCUFF THE SUBJECT.  AFTER BEING HANDCUFFED THE SUBJECT BEGAN TO KICK WITH HIS LEGS.  KING WAS TRYING TO CONTROL THE SUBJECTS LEGS. WELCH AND KING WERE STRUGGLING TO CONTROL THE SUBJECTS LEGS.  WHILE CONTROLLING HIS FEET, KING NOTICED THE SUBJECT WAS NOT FIGHTING ANYMORE.  BROOKINS CHECKED HIS PULSE AND DID NOT FIND ONE. KING BEGAN TO DO CHEST COMPRESSIONS, UNTIL RELIEVED BY BROOKINS DUE TO FATIGUE.  CHEST COMPRESSIONS CONTINUED UNTIL FIRE ARRIVED.

                          ** MORE NARRATIVE CONTINUED ON NEXT PAGE.

```
                    PHOENIX POLICE DEPARTMENT REPORT
     ORIGINAL       PAGE NUMBER:   7      DR NUMBER: 2012 00636750
```

**** NARRATIVE ****

INTERVIEW OF OFFICER WELCH
---------------------------

OFFICER WELCH RESPONDED TO THE CVS STORE REGARDING A SUBJECT ACTING
ERRATICALLY AND JUMPING BEHIND CARS. WELCH DID NOT LOCATE ANY SUBJECTS
OR CARS IN THE CVS PARKING LOT.

HE LEFT FROM THE CVS CALL AND THEN HEARD A HIT AND RUN WITH INJURIES AT
20TH LANE AND THUNDERBIRD. BECAUSE HE WAS CLOSE, WELCH RESPONDED TO THAT
CALL. WHILE WESTBOUND ON THUNDERBIRD, HE OBSERVED A MALE WAVING HIS ARMS
IN THE AIR ON THE SIDEWALK; THE SUBJECT MATCHED THE SUSPICIOUS PERSON FROM
CVS DESCRIPTION.   WELCH MADE A U TURN AND PULLED ALONGSIDE THE SUBJECT.
AS WELCH EXITED HIS CAR, THE SUBJECT CONTINUED TO WAVE HIS ARMS AND YELL.
THE SUBJECT TOLD WELCH HE HAD BEEN HIT BY A CAR. THE SUBJECT THEN WALKED
INTO THE ROAD. WELCH TOLD THE SUBJECT TO GET OUT OF THE ROAD. THE
SUBJECT YELLED BACK INCOHERENT STATEMENTS.

WHEN THE SUBJECT REFUSED TO GET OUT OF THE ROAD, KING AND WELCH GRABBED
THE SUBJECT BY THE ARMS. THE SUBJECT RESISTED AND WOULD NOT COMPLY. THE
SUBJECT BROKE AWAY FROM THEM AND BEGAN TO SWING AND FLAIL HIS ARMS.

THE SUBJECT WAS TAKEN TO THE GROUND BECAUSE HE WAS NOT COMPLYING AND
CONTINUING TO SWING HIS ARMS. HE CONTINUED TO STRUGGLE ON THE GROUND.
BROOKINS PUT HIS WEIGHT ON THE SUBJECT TRYING TO CONTROL HIM. THIS
STRUGGLE TOOK PLACE NEAR THE ENTRANCE TO THE MACAYOS. WITH ALL THE
FFICERS TRYING TO CONTROL THE SUBJECT, HE WAS ABLE TO DO A PUSH UP TYPE
MOTION TRYING TO GET UP. WELCH APPLIED TWO KNEE STRIKES TO HIS RIGHT SIDE
RIB CAGE AREA. THESE STRIKES APPEARED TO HAVE LITTLE OR NO EFFECT AND
THE SUBJECT CONTINUED TO STRUGGLE, AND HE ULTIMATELY STOOD ALL THE WAY UP.

A TASER WAS DEPLOYED AND THE SUBJECT THEN BEGAN TO RUN AWAY. WELCH
BELIEVED THE TASER HAD LITTLE OR NO EFFECT. THE SUBJECT TURNED AWAY FROM
THEM AFTER THE TASER DEPLOYMENT.

THE OFFICERS WERE ABLE TO WRESTLE HIM TO THE GROUND AND THE SUBJECT
CONTINUED TO FLAIL HIS ARMS AND KICK HIS FEET. WELCH WAS ABLE TO GET A
HANDCUFF ON ONE ARM AND THEN THE SECOND ARM. AFTER BEING HANDCUFFED, THE
SUBJECT CONTINUED TO STRUGGLE AND KICK HIS FEET. WELCH WAS ABLE TO
BRIEFLY CONTROL ONE LEG, BUT THEN WAS KICKED OFF THE LEG.  THE SUBJECTS
LEGS WERE ULTIMATELY FOLDED UPWARD TOWARDS HIS BUTTOCKS TO CONTROL HIM.

AFTER GETTING CONTROL OF HIS FEET, A BRIEF TIME LATER AN OFFICER COMMENTED
THE SUBJECT WAS NOT BREATHING. THEY LET GO OF ANY CONTROL HOLDS AND UN
HANDCUFFED HIM. WELCH POSITIONED THE SUBJECTS HEAD IN ACCORDANCE WITH CPR
TRAINING AND CHEST COMPRESSIONS WERE BEGUN.

WELCH ESTIMATED THE TIME FROM GAINING CONTROL OF THE SUBJECT TO BEING MADE

    2012 00636750                                              Continued.

PHOENIX POLICE DEPARTMENT REPORT

ORIGINAL           PAGE NUMBER:    8        DR NUMBER: 2012 00636750

AWARE HE WAS NOT BREATHING WAS APPROXIMATELY 20 SECONDS.


                    **   MORE NARRATIVE CONTINUED ON NEXT PAGE.

PSB12-0032_0195

COP_0000930

```
                    PHOENIX POLICE DEPARTMENT REPORT
     ORIGINAL       PAGE NUMBER:   9      DR NUMBER: 2012 00636750
```

**** NARRATIVE ****

INTERVIEW OF OFFICER BROOKINS
-----------------------------

BROOKINS RESPONDED TO AN EMERGENCY CALL OF A HIT AND RUN WITH INJURIES. THEY TURNED WESTBOUND ON THUNDERBIRD AND OBSERVED THE VICTIM STANDING IN THE CURB LANE OF EASTBOUND THUNDERBIRD.  BROOKINS OBSERVED TWO OFFICERS CONTACTING THE SUBJECT AS HE AND HIS PARTNER(SQUIER) MADE A U TURN.  WHEN BROOKINS GOT OUT OF HIS CAR THE OFFICERS WERE TALKING TO THE SUBJECT AND THE SUBJECT WAS THROWING HIS ARMS AROUND.  THE SUBJECT WAS MOANING IN BROOKINS OPINION. THE SUBJECT BEGAN TO SIT DOWN BUT THEN WENT FORWARD TOWARDS WELCH.  BROOKINS GRABBED THE SUBJECT BY HIS SHIRT AND SAT HIM DOWN.  THE SUBJECT TRIED TO GET UP A SECOND TIME AND BROOKINS PUSHED HIM DOWNWARD BY HIS SHOULDER.  A THIRD TIME THE SUBJECT BEGAN TO GET UP AND RUN THE SUBJECT TRIPPED AND FELL.  BROOKINS GRABBED THE SUBJECT BY THE SHIRT AGAIN AND THE SUBJECT WAS PUNCHING AND KICKING TOWARDS THE OFFICERS. BROOKINS WAS TRYING TO CONTROL THE SUBJECTS HANDS BUT WAS UNABLE TO. BROOKINS WAS ON THE SUBJECTS BACK AND THE SUBJECT WAS ABLE TO GET UP. THE SUBJECT CONTINUED TO SWING AND THE TASER WAS DEPLOYED. AFTER THE TASER WAS DEPLOYED THE SUBJECT RAN EAST.

BROOKINS RAN WITH THE SUBJECT WHO WAS NOW HEADED BACK TOWARDS THE ROAD. BROOKINS RAN INTO THE BACK OF THE SUBJECT AND KNOCKED HIM DOWN.  BROOKINS PLACED HIS LEFT FOREARM ACROSS THE SUBJECTS NECK AND PLACED ANOTHER HAND ABOVE HIS EAR, PINNING HIS HEAD DOWNWARD.  THE SUBJECT WAS ABLE TO BE HANDCUFFED AND WAS THEN LYING FLAT ON HIS STOMACH.

THE SUBJECT CONTINUED TO KICK HIS LEGS AND BROOKINS CONTINUED TO APPLY PRESSURE TO HIS NECK.  BROOKINS HELD HIM FOR A MINUTE AND THEN STOPPED AND STOOD UP. BROOKINS ESTIMATED HE HELD HIS ARM ACROSS THE SUBJECTS NECK FOR 30 SECONDS, AND BROOKINS WAS THE LAST TO STAND UP FROM THE INDIVIDUAL.  30 SECONDS LATER HE NOTICED THE SUBJECT WAS NOT BREATHING.

THEY UN HANDCUFFED HIM AND BEGAN CHEST COMPRESSIONS, UNTIL THE FIRE DEPARTMENT ARRIVED.

                         **  MORE NARRATIVE CONTINUED ON NEXT PAGE.

```
                    PHOENIX POLICE DEPARTMENT REPORT
     ORIGINAL        PAGE NUMBER:  10      DR NUMBER: 2012 00636750
```

**** NARRATIVE ****

INTERVIEW OF OFFICER SQUIER
----------------------------

OFFICER SQUIER RESPONDED TO A HIT AND RUN ACCIDENT WITH INJURIES CALL THAT WAS NEARBY TO THEM. TWO PATROL UNITS WERE PARKED ALONG THE CURB WHEN HE ARRIVED. A MALE WAS LYING ON THE GROUND IN THE ROADWAY, IN FRONT OF THE POLICE CARS. THE OFFICERS WERE PULLING THE SUBJECT OUT OF THE ROAD.

THE OFFICERS HAD THE SUBJECT SIT DOWN. IN SQUIERS OPINION THE SUBJECT APPEARED TO BE ON SOMETHING. THE MALE STATED HE WAS HIT BY A CAR, AND WAS TRYING TO STAND UP MULTIPLE TIMES. THE OFFICERS CONTINUED TO ASK HIM WHAT HAPPENED AND KEEP HIM SEATED. THE SUBJECT BECAME AGGRESSIVE AND WAS STILL TRYING TO GET UP. THE SUBJECT WAS ON HIS KNEES AND TURNED TO GET UP AGAIN. SQUIER TRIED TO CONTROL THE SUBJECTS FEET. THE SUBJECT WAS FLAILING HIS ARMS AND NOT COMPLYING. THE SUBJECT WAS ABLE TO GET TO HIS HANDS AND KNEES WITH ALL THE OFFICERS TRYING TO CONTROL HIM. SQUIER COMMENTED THE SUBJECT WAS VERY STRONG FOR HIS PHYSICAL SIZE. THE SUBJECT CONTINUED TO SWING HIS ARMS AND RESIST THE OFFICERS.

KING STATED HE WAS GOING TO TASE THE SUBJECT AND DID DEPLOY IT. IN QUIERS OPINION, WHEN THE SUBJECT WAS TASED, IT HAD NO EFFECT ON THE SUBJECT. HE MADE SOME AUDIBLE NOISE, BUT THEN BEGAN TO WALK TOWARDS THUNDERBIRD ROAD AGAIN.

THE SUBJECT WAS TAKEN TO THE GROUND A SECOND TIME, AND SQUIER HEARD AN ADDITIONAL ACTIVATION OF THE TASER. THE OFFICERS WERE ABLE TO GET HIM HANDCUFFED AND SQUIER WAS CLEARING ON THE RADIO TO REQUEST A SUPERVISOR AND THE FIRE DEPARTMENT.

SQUIER OBSERVED BLOOD ON THE SUBJECTS ARMS WHEN HE FIRST OBSERVED THE SUBJECT, PRIOR TO ANY CONFRONTATION WITH POLICE.

SQUIER BECAME AWARE THE SUBJECT WAS NOT BREATHING AND HE OBSERVED THE OTHER OFFICERS ON SCENE BEGIN CHEST COMPRESSIONS.

**   MORE NARRATIVE CONTINUED ON NEXT PAGE.

PSB12-0032_0197

COP_0000932

```
                    PHOENIX POLICE DEPARTMENT REPORT
    ORIGINAL           PAGE NUMBER:  11     DR NUMBER: 2012 00636750

                          ****  NARRATIVE  ****
```

NEXT OF KIN NOTIFICATION
----------------------------------------
AFTER COMPLETING THE INTERVIEWS, DETECTIVE MCGOWAN AND I  LOCATED THE
VICTIM'S MOTHER, ALICIA RASCON AND ADVISED HER OF HER SON'S DEATH.  I
PROVIDED HER THE REPORT NUMBER AND THE ASSOCIATED OME CASE NUMBER

INTERVIEW OF CAPTAIN WILLINGHAM
-----------------------------------------------------------
AFTER REVIEWING THE FIRE DEPARTMENT EMS INCIDENT REPORT I CONTACTED
CAPTAIN WILLINGHAM BY TELEPHONE.  THIS INTERVIEW WAS DIGITALLY RECORDED.
I SPECIFICALLY ASKED CAPTAIN WILLINGHAM ABOUT A QUOTE IN HIS REPORT.  THE
WORDS "CAROTID CHOKED HIM TWICE" ARE IN QUOTATIONS IN HIS REPORT.
WILLINGHAM WAS TOLD THAT INFORMATION FROM THE OFFICER AT THE HOSPITAL.
WILLINGHAM DID NOT SPEAK TO THE OFFICERS AT THE SCENE WHO STRUGGLED WITH
THE VICTIM.

   VICTIM RECEIVED RIGHTS INFORMATION:  NO           MAIL-IN SUPPLEMENT:

   INVOICES:

      DR ENTERED BY : 6250     DR FINALIZED BY : 6250

                                  END OF REPORT          DR NO: 2012 00636750

PSB12-0032_0198

COP_0000933