GARRITY PROTECTED STATEMENT

## **EMPLOYEE INVOLVED**

**Rank, Name and Serial Number:**
Officer Nicholas Welch #9374

**Employment Date:** 06/02/08

**Duty Assignment:**
Division: Patrol Operations South
Precinct: South Mountain Precinct
Squad: 41G
Supervisor: Sergeant Brian Issitt
#7475

**Duty Hours:** 1400-0000

**Days Off:** TWTh

**Interviewed by:** Sergeant Melissa Casillas
and Lieutenant Linda Meraz

**INTERVIEW:**

| | | |
|---|---|---|
| 1 | Casillas: | The date is April 11th, 2012, the time is right at 2:50 A.M. I'm uh, |
| 2 | | Sergeant Mellissa Casillas with Professional Standards Bureau, also |
| 3 | | in the uh vehicle, I'm here to interview uhm, Officer Nicholas Welch, |
| 4 | | Serial Number 9374. We're at the location of 19th Avenue and |
| 5 | | Thunderbird, uhm, in Lieutenant Meraz's vehicle. Also present is uh, |
| 6 | | Lieutenant Meraz and uh, Toby Sexton of PLEA. Uhm, I'm gonna go |
| 7 | | ahead at this point uhm, read the NOI into record, which states: an |
| 8 | | administrative investigation is being conducted into the cir, |
| 9 | | circumstances of your direct involvement in a In-Custody death. Uh, |
| 10 | | the incident is described as follows: On 4/10/12 at approximately 2231 |
| 11 | | Hours, you were involved in an In-Custody dea, death incident at |
| 12 | | 1909 West Thunderbird Road which pursuant to Operations Order |
| 13 | | 1.5.7 requires an administrative investigation. You've had an |
| 14 | | opportunity to uhm, initial and review the NOI, uhm, and you've signed |
| 15 | | it. I'm gonna ahead and sign at this point. And the time is 2:51 A.M., |
| 16 | | (Inaudible) hold on to this just while we are doing the interview. Uhm, |
| 17 | | and at this point if you would like to make a statement go ahead. |
| 18 | Welch: | On 4/11/12, at ap, at 255 Hours, at 19th Avenue and Thunderbird, I |
| 19 | | was ordered to submit this report slash statement by Sergeant |
| 20 | | Melissa Casillas. I submit this report statement as his order as a |
| 21 | | condition of employment. In view of possible job forfeiture, I have no |
| 22 | | alternative but to abide by this order. |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 2 of 27

| | | |
|---|---|---|
| 23 | Casillas: | (Inaudible) read the whole (inaudible). |
| 24 | Welch: | With regard to any questions, I'm not directed to answer. I reserve my |
| 25 | | right to remain silent under the Fifth and Fourteenth Amendments to |
| 26 | | the U.S. Constitution and other rights prescribed by law. I rely |
| 27 | | specifically upon the protection afforded me under the doctrine set |
| 28 | | forth in Garrity vs New Jersey 385 U.S. 493 in (1967), and Spevack vs |
| 29 | | Klein 385 U.S. uh, 511 in (1967), you should, should this statement be |
| 30 | | used for any other purpose or of whatsoever kind or description. |
| 31 | Casillas: | Perfect, okay. I'm gonna go ahead and get started with the work sheet |
| 32 | | here. Uhm, like I said before it just a fill in the blank, so uhm, Nicholas |
| 33 | | what's your middle name? |
| 34 | Welch: | Ryan, R Y A N. |
| 35 | Casillas: | And spell your last name for me. |
| 36 | Welch: | It's W E L C H. |
| 37 | Casillas: | Serial Number one more time? |
| 38 | Welch: | 9374. |
| 39 | Casillas: | And your age? |
| 40 | Welch: | Twenty-nine. |
| 41 | Casillas: | And your physical description? |
| 42 | Welch: | 6'7, 210. |
| 43 | Casillas: | Color of eyes? |
| 44 | Welch: | Blue. Brown hair. |
| 45 | Casillas: | Alright. Uhm, do you wear corrective lenses? |

COP_0000850

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 3 of 27

| 46 | Welch: | No, |
| 47 | Casillas: | No glasses or anything? |
| 48 | Welch: | No. |
| 49 | Casillas: | Do you know what your employment date was, roughly? |
| 50 | Welch: | Uhm, May 23rd, 2008. |
| 51 | Casillas: | Okay. |
| 52 | Welch: | (Inaudible). |
| 53 | Casillas: | Uhm, your current assignment is? |
| 54 | Welch: | Patrol, the 62 King Squad. |
| 55 | Casillas: | Do you've a regular beat that you ride? |
| 56 | Welch: | Uh, usually the 621 beat. |
| 57 | Casillas: | Did you have a partner tonight? |
| 58 | Welch: | No. |
| 59 | Casillas: | And your supervisor? |
| 60 | Welch: | Is Sergeant Scott Cain. |
| 61 | Casillas: | And your work hours? |
| 62 | Welch: | Uh, is it uh, 2030 Hours to 0630 Hours. |
| 63 | Casillas: | And your days off? |
| 64 | Welch: | Wednesday, Thursday, Friday. |
| 65 66 | Casillas: | Uhm, how many hours uhm, had you been on duty prior to the Use of Force incident? |

COP_0000851

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 4 of 27

| | | |
|---|---|---|
| 67 | Welch: | Uh, what time was it again? (Inaudible), two hours maybe. |
| 68 | Casillas: | Couple of hours. Uhm, it came out at, 2215ish, 2217. |
| 69 | Welch: | Yeah, so just under two hours. |
| 70 | Casillas: | Had you had a break yet, have you taken a Code 7 or had a break? |
| 71 | Welch: | No. |
| 72 | Casillas: | Okay, how many hours of sleep have you had in the past 24 Hours? |
| 73 | Welch: | Six. |
| 74 75 | Casillas: | And you're wearing uhm, a, your clothing, a full uh, Police uniform, correct? |
| 76 | Welch: | Yes. |
| 77 | Casillas: | Alright, and it's uh, Class C. |
| 78 | Welch: | D. |
| 79 80 | Casillas: | Can you uhm, describe for the tape, uhm, your uniform and what's the equipments on your uniform? |
| 81 82 | Welch: | I'm wearing black uniform cargo pants, uh, black work boots, a black Phoenix Police polo shirt. |
| 83 | Casillas: | Gotcha. |
| 84 | Welch: | And a black Police outer vest carrier. |
| 85 | Casillas: | And the equipment on your outer vest carrier is? |
| 86 | Welch: | Is my duty issued taser. |
| 87 | Casillas: | Okay. |

COP_0000852

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 5 of 27

| 88 | Welch: | And police radio. |
|---|---|---|
| 89 | Casillas: | Okay. Did you utlize your taser tonight? |
| 90 | Welch: | No. |
| 91 | Casillas: | Did you okay, uhm, I'm gonna talk about the type of the force used. |
| 92 | | Did you, you said didn't use the taser, was there any uhm, strikes or? |
| 93 | Welch: | Knee strikes. |
| 94 | Casillas: | Okay.  You know roughly how many strikes? |
| 95 | Welch: | Two. |
| 96 | Casillas: | Do you know what part of the body uhm, you implemented those |
| 97 | | strikes on, on the suspect? |
| 98 | Welch: | Upper right side. |
| 99 | Casillas: | Upper right side of what part of his body? |
| 100 | Welch: | On the side the ribcage area. |
| 101 | Casillas: | Okay. You said that was two knee strikes, is that correct? |
| 102 | Welch: | Yes. |
| 103 | Casillas: | Okay, any other force used that you personally used, uhm, in regards |
| 104 | | to the suspect? |
| 105 | Welch: | No. |
| 106 | Casillas: | How much time, from the time you arrived on scene, did you uhm, |
| 107 | | have contact with the suspect? |
| 108 | Welch: | Well uh, prior to which kind of contact? |
| 109 | Casillas: | Once you arrived on scene. |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 6 of 27

| | | |
|---|---|---|
| 110 | Welch: | I arrived on scene attempted to make contact with him and from the |
| 111 | | time until which part, I mean. |
| 112 | Casillas: | Until, until Fire arrived on scene. |
| 113 | Welch: | Until Fire arrived on scene maybe five, ten minutes. |
| 114 | Casillas: | Okay. Did you observe any injury to the suspect, uh, prior to uhm, |
| 115 | | Police contact? |
| 116 | Welch: | He appeared to have uh, blood on his elbows.  I don't remember |
| 117 | | which one. |
| 118 | Casillas: | Anything else that you observed? |
| 119 | Welch: | Nothing other than that. |
| 120 | Casillas: | Okay. Uhm, I know we're out on the street and it was dark, but the |
| 121 | | lighting conditions can you describe that, during the interaction with |
| 122 | | the suspect? |
| 123 | Welch: | Uhm, I mean, most the majority of the contact took place, within |
| 124 | | probably twenty thirty feet of a street light. |
| 125 | Casillas: | Okay. Did you have a flashlight? |
| 126 | Welch: | Yes. |
| 127 | Casillas: | Did you utilize your flashlight? |
| 128 | Welch: | No. |
| 129 | Casillas: | Okay. Was there any uhm, vehicles involved uh, Police vehicles |
| 130 | | involved in the incident? |
| 131 | Welch: | No. |

PSB12-0032_0119

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 7 of 27

| | | |
|---|---|---|
| 132 | Casillas: | Did you know of any uhm, susp, or any uhm, crime that had been |
| 133 | | committed by the suspect when you made contact with him? |
| 134 | Welch: | No. |
| 135 | Casillas: | Can you describe any noted signs of impairment in regards to the |
| 136 | | suspect that you observed? |
| 137 | Welch: | Uh, he was acting very erratically. |
| 138 | Casillas: | And what made you believe that? |
| 139 | Welch: | Uhm, based on the excited statements he was making that were, |
| 140 | | weren't making any sense. |
| 141 | Casillas: | Okay. |
| 142 | Welch: | And based on, sorry, based on previous calls that we received, uh, |
| 143 | | regarding a subject matching that description. |
| 144 | Casillas: | Okay. Uhm, did you, did you see if the suspect was armed or |
| 145 | | appeared to be armed in any manner? |
| 146 | Welch: | Did not appear to be, visibly at least. |
| 147 | Casillas: | Is there any weapons involved in the crime? Any issues with any |
| 148 | | weapons? |
| 149 | Welch: | No. |
| 150 | Casillas: | With the suspect? |
| 151 | Welch: | No. |
| 152 | Casillas: | Okay. Uhm, prior to uhm, making contact with the suspect, did you |
| 153 | | have any prior knowledge, or personal knowledge of the suspect? |
| 154 | | Have you seen him before? |

COP_0000855

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 8 of 27

| 155 | Welch: | No. |
|---|---|---|
| 156 | Casillas: | Are you injured in any way? |
| 157 | Welch: | Nope. |
| 158 | Casillas: | Let me go off tape just for one second, the time is uhm, 2:59 A.M. |
| 159 | | We're gonna go off tape for one brief question. |
| 160 | (BREAK) | |
| 161 | Casillas: | Alright, we are back on tape, and the time's right at 3:00 A.M. Uhm, |
| 162 | | Officer Welch can you just start from the beginning and uhm, explain |
| 163 | | what happened tonight. |
| 164 | Welch: | Yes. I responded to a radio call of a suspicious person at the CVS |
| 165 | | located at 19th, on the uh, Southeast corner of 19th Avenue and |
| 166 | | Thunderbird Road. Uh, the remarks on the call said there was a |
| 167 | | Hispanic or White male wearing a beige button down shirt and blue |
| 168 | | jeans, and he was clean shaven, he said he was acting erratically. |
| 169 | | Uhm, moving in-between cars. Uhm, and to whoever had called found |
| 170 | | that to be very suspicious also made note that, the caller said that |
| 171 | | they believed he may be on some type of dangerous drug. |
| 172 | Casillas: | Okay. |
| 173 | Welch: | Uhm, upon my arrival at the CVS, I did not locate anybody matching |
| 174 | | that description, uhm, I circled around the entire CVS along with |
| 175 | | Officer King, who had also responded, uhm, for the call. We found |
| 176 | | nobody in the parking lot, there was no vehicles in the parking lot, no, |
| 177 | | nobody in the general vicinity matching that description. Uhm, at that |
| 178 | | time myself and Officer King, we're talking just for a brief moment, to |
| 179 | | uh, confirming our res, negative results of not seeing anybody |
| 180 | | matching that description in the area. As we were stan, er, parked |
| 181 | | there, an emergency radio traffic call came out in the area of 20th |
| 182 | | Lane and Thunderbird. At that time realizing my close proximity to that |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 9 of 27

| | | |
|---|---|---|
| 183 | | call I answered up for that radio call and proceeded to uh, leave the |
| 184 | | CVS parking lot and try to travel to that location to locate a possible hit |
| 185 | | and run accident with injury, su, uh, subjects. As I turned to go uh, |
| 186 | | Westbound on Thunderbird Road, I observed a male on the South |
| 187 | | sidewalk of Thunderbird Road, just West of, I'm sorry, just East of a |
| 188 | | Jack in the Box, uh, waving his arms, uh, erratically. And uh, as I |
| 189 | | drove closer, I, I recognized that the subject that was walking on the |
| 190 | | sidewalk waving his arms and moving quickly uh, matched the |
| 191 | | description of the suspect that was also on the previous call at the |
| 192 | | CVS. I traveled another short distance a little further until I could |
| 193 | | safely complete a U-turn around a raised median in the road, and |
| 194 | | attempt to contact that subject, as I did not see any signs of a |
| 195 | | possible, any other signs of a possible accident injury other than the |
| 196 | | male walking down the sidewalk.  I then pulled, safely pulled my |
| 197 | | vehicle on the side of the road, I activated my emergency lights on the |
| 198 | | vehicle and the subject was now still on the sidewalk approaching the |
| 199 | | entrance to what is a uh, Macayo's Mexican Food Restaurant. I then, |
| 200 | | uh, safely parked my vehicle on the side of the road, exited my vehicle |
| 201 | | and attempted to contact the subject. He's still standing on the |
| 202 | | sidewalk. Uhm, I immediately asked him, tried to attempt to ask him |
| 203 | | what was going on, he, at that point told me that he had been hit by a |
| 204 | | car. And uh, I asked him where the vehicle was at, or which way it had |
| 205 | | gone. He said he did not know and as I was tempting to get up closer |
| 206 | | just to, to speak with the subject, just try to calm him down see what |
| 207 | | was going on, see what had in fact occurred, he began to walk out |
| 208 | | into the middle of, of the number, what is the number three lane of |
| 209 | | Thunderbird Road, uh, making many inaudible and erratic statements, |
| 210 | | I don't know exactly what he was saying. |
| 211 | Casillas: | Okay. |
| 212 | Welch: | I uh, gave him commands to get back on the sidewalk for his safety, |
| 213 | | as he was beginning to wander out into traffic as there was still |
| 214 | | Eastbound traffic flowing on Thunderbird Road, I, even for myself, I |

COP_0000857

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 10 of 27

| | | |
|---|---|---|
| 215 | | wanted to get out of the road as well, just to uh, possible to prevent |
| 216 | | any possible accidents. I gave him multiple commands, he, he looked |
| 217 | | at me and acknowledged me and. |
| 218 | Casillas: | Do you remember what you said? |
| 219 | Welch: | Just hey get out of the road, you're gonna get hit. Uhm, we'll, we'll talk |
| 220 | | about it over here. Uh, something along those lines. |
| 221 | Casillas: | Okay. |
| 222 | Welch: | That's not verbatim. At which point he, he refused. And he, then kind |
| 223 | | of still walking about in that number three lane. He kind of veered, |
| 224 | | poss, you know, towards the number two lane, knowing that my |
| 225 | | vehicle was not blocking that lane I became increasingly concerned |
| 226 | | about his safety as well as mine. And at this point, while this is going |
| 227 | | on as well, Officer King who was with me at a previous call and close |
| 228 | | by was also pulling up behind me. |
| 229 | Casillas: | Okay, so that's, is that the next Officer on scene? |
| 230 | Welch: | Yes, Officer King is the. |
| 231 | Casillas: | Okay. |
| 232 | Welch: | Second Officer who'd arrived. |
| 233 | Casillas: | Okay, and what happens (inaudible)? Okay. |
| 234 | Welch: | We both kind of walk towards the subject attempt to contact and |
| 235 | | getting over the sidewalk for his safety, which he still refuses. He said, |
| 236 | | and then, uhm, I don't remember the exact order, but he proceeds to |
| 237 | | uh, lay down in that number three lane still in the middle of the road, |
| 238 | | saying he can't move and he's injured, and he'll move when the |
| 239 | | ambulance gets there. |
| 240 | Casillas: | So he's laying flat in the, I mean he's laying on the ground now. |

COP_0000858

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 11 of 27

| | | |
|---|---|---|
| 241 | Welch: | Yes. |
| 242 | Casillas: | Was he. |
| 243 | Welch: | He's kind of. |
| 244 | Casillas: | On his back or on his stomach? |
| 245 | Welch: | He's, he's moving around, he's kind of. |
| 246 | Casillas: | Okay. |
| 247 | Welch: | Squirming back and forth. Uhm, no specific uh, position. |
| 248 | Casillas: | And what was your position at this point? |
| 249 | Welch: | Uh, we both immediately were like, hey get out of the road, we, you |
| 250 | | know, we just saw him walking. And we knew he had the ability to get |
| 251 | | out of the road. |
| 252 | Casillas: | Okay. |
| 253 | Welch: | Attempt to try to get out of the road, when he refuses we, we both |
| 254 | | approach him and try to, you know, we each kinda grab one arm try to |
| 255 | | get him out of the road. Uhm, we began to move him to safety out of |
| 256 | | the road towards the sidewalk. |
| 257 | Casillas: | Okay. |
| 258 | Welch: | At this point the other two Officers are also coming on to scene, which |
| 259 | | would be Officer Brookins and Officer Squier, and they are walking up |
| 260 | | towards us as well. At that time, while Officer King and I both are, |
| 261 | | trying to get out of the road, he kinda flails and breaks free. Uhm, from |
| 262 | | one of us and begins swinging his arms. |
| 263 | Casillas: | And when he starts swinging his arms where is he at? Are you guys |
| 264 | | still out on the roadway? |

COP_0000859

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 12 of 27

265  Welch:       No, by the, we had moved about to probably just inside the uh, the
266               sidewalk to the entrance of the uh, Macayo's, out where the, the
267               cement meets the asphalt.

268  Casillas:    Okay. So he starts flailing?

269  Welch:       He starts flailing? So then at that time you know, just for our safety we
270               wanted to uh, attempt to place him in handcuffs just to uh, to safely
271               continue our investigation to see what was going on. He continued
272               struggling, at which point the other two Officers also tried to safely get
273               him to the ground.  Trying in an attempt to uh, apply the handcuffs to
274               him. Uhm, he's still struggling, he's still fighting with us trying to get
275               up, trying to get up.  Officer Brookins, then you know, kinda goes on
276               top and puts his weight on him to prevent him from getting up.

277  Casillas:    Okay.

278  Welch:       Uhm, at which point, you know, he's still attempting to get up and uh,
279               we're all. Each one of the Officers and all of us we're trying to control
280               one part of his body and even with all of our weight on top of him, he
281               manages to do, do what I would describe possibly as a, he's flat on
282               his chest but he, does a push up.

283  Casillas:    Okay.

284  Welch:       The standard exercise of a push up, with all of our weight on it,
285               pushes us up and manages to get to where he is now standing on
286               what would be described as all fours. So he's holding us himself up
287               with his hands and his knees.

288  Casillas:    Okay, and how many, who's all on him right now?

289  Welch:       All four of us are pretty much on top of him.

290  Casillas:    Okay, go ahead.

PSB12-0032_0125

COP_0000860

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 13 of 27

| | | |
|---|---|---|
| 291<br>292 | Welch: | Uhm, and, both of my, one of my hands is uh, trying to control one of his arms and. |
| 293 | Casillas: | Do you know which arm you have? |
| 294<br>295 | Welch: | Uhm, it would be his right arm, and then I'm just trying to hold his body weight down and uhm. |
| 296 | Casillas: | Of the four off. |
| 297 | Welch: | With the other arm. Sorry? |
| 298 | Casillas: | Of the, of the four Officers, do you know their position with him? |
| 299 | Welch: | I, I do not. |
| 300 | Casillas: | Okay. |
| 301 | Welch: | (Inaudible). |
| 302 | Casillas: | So you, you have his right arm though? |
| 303<br>304 | Welch: | Yes, well I, part of it. There's another Officer there as well. Well and I don't recall exactly which part they were controlling at the time. |
| 305<br>306 | Casillas: | Okay, so other than you know, knowing that you had his right arm, do you know the positions of any of the other three Officers? |
| 307 | Welch: | Not, not, one hundred percent, no. |
| 308 | Casillas: | Okay. Okay, so you're trying. |
| 309 | Welch: | It just happened so quick. |
| 310 | Casillas: | That's okay.  So you're trying to control his right arm (inaudible)? |
| 311 | Welch: | And he's not complying. We're giving him multiple commands. Uhm. |
| 312 | Casillas: | Do you know what those commands are? |

COP_0000861

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 14 of 27

| 313 | Welch: | Just, just stop resisting, uh, relax, just give us your hands, put your |
| 314 | | hands behind you back. Uhm, something along those line to which he |
| 315 | | failed to comply. |
| 316 | Casillas: | Is he saying anything at this point? |
| 317 | Welch: | Uh, he's uh, he, I don't recall, whether or not. |
| 318 | Casillas: | Okay. |
| 319 | Welch: | If anything specific. |
| 320 | Casillas: | Okay. |
| 321 | Welch: | Uhm, at this time, just given the portions of his body that I had visible |
| 322 | | to me, and then with the other Officers around me, and with the not |
| 323 | | having my hands free, I did apply two knee strikes to his upper right |
| 324 | | ribcage area, in an attempt to get him to comply. Allow us to get his |
| 325 | | hands, it was just two quick strikes and when I, as soon as I realized |
| 326 | | that they were ineffective I discontinued using that. Understanding |
| 327 | | that they weren't, they were having little to no effect on him. |
| 328 | Casillas: | Okay. So the two knee strikes you applied to what part of his body? |
| 329 | Welch: | His upper right side. |
| 330 | Casillas: | Okay. |
| 331 | Welch: | Probably the right side of his ribcage. |
| 332 | Casillas: | Okay. Then what happened? |
| 333 | Welch: | Uhm, with them having no effect, and we're still struggling to get, get |
| 334 | | control of him, and potentially get him into handcuffs, he proceeds to |
| 335 | | basically stand up to where now he is standing on his feet. Even with |
| 336 | | the four of us trying to hold us down, he was successfully able to still |

COP_0000862

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 15 of 27

| | | |
|---|---|---|
| 337 | | lift us all up. Uhm, and then it was about this time that Officer King |
| 338 | | deployed his taser. |
| 339 | Casillas: | Okay, and what happened, can you be specific about how that |
| 340 | | happened and what happened? |
| 341 | Welch: | Uhm, he gets, he gets us all, he gets to the point where he's standing. |
| 342 | | Realizing, you know, kind of understanding what we were dealing |
| 343 | | with, we realized that, you know, a higher level of force is probably |
| 344 | | gonna be necessary. Uh, Officer King deployed his taser into the front |
| 345 | | region of the subject. Uhm, as soon as that happened, he, as, when a |
| 346 | | taser is deployed we kind a, the two Officers on the side I believe it |
| 347 | | was Squier and Brookins, cause I was standing away. Kind of backed |
| 348 | | up a little bit, just in order to avoid being struck by the taser. |
| 349 | Casillas: | Mmm-huh. |
| 350 | Welch: | The taser was successfully deployed and successfully struck him as |
| 351 | | it, as its designed to do. Which and the taser had little to no effect on |
| 352 | | him. He proceeded to turn and run essentially what would be |
| 353 | | Eastbound towards the sidewalk on Bell Road, er, I'm sorry, |
| 354 | | Thunderbird Road. |
| 355 | Casillas: | He went Northbound you said. |
| 356 | Welch: | Eastbound. |
| 357 | Casillas: | Oh Eastbound.  Okay. |
| 358 | Welch: | Due East on uh, Thunderbird Road. |
| 359 | Casillas: | Do you know when the taser was deployed, was it just one cycle, or |
| 360 | | do, do you know what happened with that? |
| 361 | Welch: | I, I. |
| 362 | Casillas: | How many cycles? |

PSB12-0032_0128

COP_0000863

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 16 of 27

| 363 | Welch: | I do not know. |
| 364 | Casillas: | Okay. |
| 365 | Welch: | I just know the initial one which is, which struck him. Beyond that I |
| 366 | | don't know. |
| 367 | Casillas: | So he's going Eastbound now? |
| 368 | Welch: | He gets, he goes, and runs about 30 feet, at which time we kind of all, |
| 369 | | you know, contact him again. Attempt to grab him; he begins to |
| 370 | | wrestle with us again. We are then able to finally successfully get him |
| 371 | | back down on the ground and able to wrestle one of his arms out from |
| 372 | | under him. I believe it was his right arm. I applied my handcuff to his |
| 373 | | right arm, and used that as leverage to pull the right arm behind his |
| 374 | | back, at which time we focused our attention on his left arm. Getting |
| 375 | | his left arm behind his back and then after a short struggle we're able |
| 376 | | to get the left handcuff on him as well. Although, he's continuing to uh, |
| 377 | | uh flounder and move around, kind of still struggling, moving his upper |
| 378 | | body, trying to squirm and kicking his legs, you know violently and |
| 379 | | rapidly, uhm. |
| 380 | Casillas: | And was this on the sidewalk as to, as well, or. Where were you guys |
| 381 | | at, was this at when this happened? |
| 382 | Welch: | Uhm. |
| 383 | Casillas: | When you took him into custody? |
| 384 | Welch: | It was back on the sidewalk. We had, initially when we first took him to |
| 385 | | the ground, when he was able to lift us up, we'd had moved slightly |
| 386 | | inside of the uh, entrance, to the Macayo's off of the sidewalk. |
| 387 | Casillas: | Okay. |

COP_0000864

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 17 of 27

| | | |
|---|---|---|
| 388 | Welch: | But after he took off running, and then when we grabbed him, we're |
| 389 | | able to wrestle him to the ground again. We were once again back on |
| 390 | | the sidewalk, on the, the lowered, cement which acts as an entrance |
| 391 | | way to the parking lot, but it's still on the sidewalk. |
| 392 | Casillas: | Okay. So you all get him into custody? |
| 393 | Welch: | Uh, we, well I wouldn't say he was in custody or still. |
| 394 | Casillas: | Okay. |
| 395 | Welch: | Safely detained at that point cause he was ver, very uh, active, |
| 396 | | actively struggling with us attempting to get away. We do, we by no |
| 397 | | means had him fully controlled or anything. |
| 398 | Casillas: | But the handcuffs are on at this point? |
| 399 | Welch: | The handcuffs are on. |
| 400 | Casillas: | Okay. |
| 401 | Welch: | He's still moving, he's still kicking, uhm, so one or two of the Officers |
| 402 | | attempt to control his upper body while Officer Squier and I are |
| 403 | | attempting to control his legs. Uhm, but, you know, given the strength, |
| 404 | | he was uh, he was expressing and showing you know, it was kind of |
| 405 | | dangerous for us to try to uh, grab on to his legs. We tried multiple |
| 406 | | times just to put our weight on him and hold him down, but he would |
| 407 | | just  kick us off. Uhm, finally at one point, I'm not sure if he just |
| 408 | | stopped for a second or what. But I was able to grab what I believe |
| 409 | | was his right leg, or his right foot I should say. And I placed it, I placed |
| 410 | | his right foot in the back of what would be the crease of his left knee |
| 411 | | and then I grabbed his left foot, and folded his left leg up over his right |
| 412 | | foot.  And then continued pushing that towards what was going |
| 413 | | towards his, his buttocks. |
| 414 | Casillas: | Okay. |

COP_0000865

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 18 of 27

| | | |
|---|---|---|
| 415<br>416 | Welch: | In an attempt to uh, kind of get some leverage and keep his feet in a secure hold to prevent any further injury to the Officers. |
| 417<br>418 | Casillas: | And by grabbing uhm, those his right foot and his left foot, were you able to control his legs at this point? |
| 419 | Welch: | Yeah I'd, I mean. |
| 420 | Casillas: | Okay. |
| 421<br>422<br>423 | Welch: | I struggled with him briefly but like I, I don't know if he just stopped for a second but it uh, he didn't release, he let up for a second, long enough for me to do that. |
| 424 | Casillas: | Okay. |
| 425<br>426<br>427<br>428<br>429<br>430<br>431<br>432 | Welch: | Uh, even once, but then once again, once I got his left leg folded up or his right one. It was right when we got him in a secure position; he was still continuing trying to unbend his left leg in an attempt to get away. He continued pushing away, and you know, a few times. Uhm, he uh, and then was able just to get it to a position where he could no longer have enough strength to unfold his leg. I then continued holding that position for a short amount of time, probably 20 to 30 seconds. |
| 433 | Casillas: | What's your body position at this point when you're holding his legs? |
| 434 | Welch: | I am at, uh, his lower you know, uh, how would you describe that? |
| 435 | Casillas: | Are you on top of him? |
| 436<br>437 | Welch: | No, I'm just kind a just of just applying some uh, weight and leverage to that, that bent foot. |
| 438 | Casillas: | Okay. |
| 439 | Welch: | To uh, try, attempting to not allow him to move and get his legs free. |

COP_0000866

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 19 of 27

| | | |
|---|---|---|
| 440 | Casillas: | Okay, what is your body position, are you crouched down, are you on |
| 441 | | your knees, what are, what? |
| 442 | Welch: | I am on my kn, yeah, I'm on my knees, uh, leaning forward into that |
| 443 | | left foot. |
| 444 | Casillas: | Okay. And are you on the side of his body, are you directly behind his |
| 445 | | legs leaning forward? |
| 446 | Welch: | Right directly behind for the most part. |
| 447 | Casillas: | Okay. Okay. Alright, so continue.  What happens then? |
| 448 | Welch: | Uhm, I went uh, after a short period, probably approximately 20, 30 |
| 449 | | seconds, one of the Officers made note, excuse me, I'm not, I don't |
| 450 | | know who said it or what, but they said, hey I don't think he's moving. |
| 451 | | At which point another Officer also looked confirmed, hey it doesn't |
| 452 | | appear that he's moving and. In realizing that I, you know, for that, for |
| 453 | | a short period of time (inaudible) resistance as far as trying to push |
| 454 | | back on the leg. I did let up immediately, uhm, immediately removed |
| 455 | | the handcuffs. Placed, you know, rolled him on to his back. Uhm, |
| 456 | | pretty much confirming that yeah, in fact, he was no longer moving, |
| 457 | | and then proceeded to move to his head. And uh, tilted his head back |
| 458 | | as we're trained, uh, prior to performing CPR just in an attempt to |
| 459 | | clear the airways. |
| 460 | Casillas: | Who, who performed CPR? |
| 461 | Welch: | Uh, the first Officer King, the first uh, gave chest compressions, for an |
| 462 | | unknown amount of time before being relieved by Officer Brookins. |
| 463 | | Officer Brookins continued until Fire Department arrived. |
| 464 | Casillas: | Okay. Uhm, when you have control of his legs, I'm gonna go back just |
| 465 | | a little bit. When you have control of his legs do you know the body, |
| 466 | | was there anybody else uhm, having contact with the suspect, as |
| 467 | | well? Do you know the other Officers positions? |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 20 of 27

468 Welch: I don't know their exact positions, I just know that they were, uhm, I
469 would say, there's probably two on either side of him, just trying to
470 control his upper body. As he was still trying to shift away and trying to
471 roll one side or the other, just uh, anyway he could to try to
472 (inaudible).

473 Casillas: Okay. So you guys, uhm, other Officers uhm, start CPR and uhm, did
474 somebody call Fire or what happens then?

475 Welch: Yes, uhm, an Officer clears to notify in situation that, I don't recall
476 whether they said that he was, we had him in custody, or I don't
477 remember any of that. Uhm, but they just said, hey our subject not
478 breathing, or, or roll Fire. Fire was already in route, I'm sorry.  We
479 already cleared for Fire to respond to our location given the fact that
480 he had been tased, which is protocol when someone is tased we do
481 havethe Fire Department come. When we realized he wasn't
482 breathing, we cleared once again, just to, to have Fire, uh, code is to
483 step it up, to you know, just because he was not breathing, just for
484 them to get there quicker.

485 Casillas: Okay. Okay, so Fire arrives on scene?

486 Welch: And they immediately take over.  Uhm, I, once they get on scene I
487 don't know what happens after that as I was moving my, I moved my
488 patrol vehicle further Westbound down Thunderbird Road and an
489 attempt to block traffic from coming into the area.

490 Casillas: Okay.

491 Welch: So I then move my patrol vehicle to uhm, kind of in front of the Jack in
492 the Box.

493 Casillas: Okay, and then supervisor, the, he's transported is that correct?

494 Welch: Yes, he's picked up by Fire, transported and uh, that's pretty much it.

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 21 of 27

| | | |
|---|---|---|
| 495 | Casillas: | Okay. Uhm, going back just a little bit, uhm, going back to the initial |
| 496 | | contact, when he's out in the middle of the roadway, and uh, you and |
| 497 | | Officer King are, uhm, trying to get him out of the roadway, cause |
| 498 | | you're concerned for his safety. You said that he was flailing his |
| 499 | | arms, and being resistive at that point, uhm, we're you, we're you |
| 500 | | assaulted by him at that point? |
| 501 | Welch: | I was not assaulted, he was just swinging his arms wildly in what |
| 502 | | appeared to be a punching or swinging motion, just, but not at me |
| 503 | | directly, no. |
| 504 | Casillas: | Okay, do you know if uhm, Officer King was assaulted in any way at |
| 505 | | that point? |
| 506 | Welch: | I do not. |
| 507 | Casillas: | Okay. During the whole interaction uhm, you've described uhm, two |
| 508 | | knee strikes that you've utilized force with the suspect. |
| 509 | Welch: | Mmm-hum. |
| 510 | Casillas: | And then also that uhm, a taser was deployed, uhm, any, did you |
| 511 | | observe any other use of force used by Officers that you. |
| 512 | Welch: | I. |
| 513 | Casillas: | Can articulate? |
| 514 | Welch: | Well (inaudible) Officer Brookins initially took him down I'm not sure if |
| 515 | | he, if he applied a carotid hold, or anything that was. I was focused on |
| 516 | | trying to control one of his arms. |
| 517 | Casillas: | Okay, so with that being said, tell me what you know about that. What |
| 518 | | did you see on that portion, what did you see Officer Brookins do? |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 22 of 27

| | | | |
|---|---|---|---|
| 519 | Welch: | I mean he was laying on top of him and then we were wrestling with |
| 520 | | him to get him to his back, the guy was still fighting, so.  Beyond that, |
| 521 | | uhm, I do not know. |
| | | |
| 522 | Casillas: | Okay. How do you know, if  you don't know anything else, how do you |
| 523 | | know that Officer Brookins attempted to do something with the carotid |
| 524 | | or a hold of some sort. What is your knowledge of that? |
| | | |
| 525 | Welch: | Just based on statements that were made afterwards. |
| | | |
| 526 | Casillas: | Okay. So, you obtained that information later? |
| | | |
| 527 | Welch: | Yes. |
| | | |
| 528 | Casillas: | So you didn't observe any of that? |
| | | |
| 529 | Welch: | Not directly, I didn't, it, no. |
| | | |
| 530 | Casillas: | Okay. |
| | | |
| 531 | Welch: | I just know that we were all struggling with him. |
| | | |
| 532 | Casillas: | Okay. So you were doing, you were focusing on your portion and |
| 533 | | didn't observe what he was doing, is that correct? |
| | | |
| 534 | Welch: | Yes. |
| | | |
| 535 | Casillas: | Okay. Did you hear any other Officers uhm, what statements did you |
| 536 | | hear uhm, in reference to Officer Brookins utilizing some sort of hold? |
| | | |
| 537 | Welch: | That's, other than that nothing really. |
| | | |
| 538 | Casillas: | Who, okay, who did you gain that knowledge from? |
| | | |
| 539 | Welch: | When he was initially describing the incident when supervisors |
| 540 | | arrived, I believe. |
| | | |
| 541 | Casillas: | Okay, so from Officer Brookins? |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 23 of 27

542    **Welch:**          **Yes.**

543    **Casillas:**        **You heard him uhm, describing the incident to a supervisor?**

544    **Welch:**          **Yes.**

545    Casillas:         Okay. Okay, uhm, anything else that uhm, anything else that the
546                         suspect was saying that you can recall to describe his behavior, his
547                         demeanor?

548    Welch:            Uh.

549    Casillas:         Was he agitated, was, I mean, what?

550    Welch:             He was extremely, uhm, it's hard to put into words, just he was, just
551                         yelling nonsensical things and just saying that he was hit by a car.
552                         And then, anytime you tried to ask him something he would just, just
553                         start yelling, and uhm, nothing too specific.

554    Casillas:         Okay, and you're, how many years have you got on again?

555    Welch:            Three and a half.

556    Casillas:         Three and a half years, uhm, with your three and a half years of
557                         experience, did you have a perception of if he was under the influence
558                         of any type of drugs or anything?

559    Welch:            Uhm.

560    Casillas:         What did you think?

561    Welch:            The initial contact it was, you know, a little harder to tell. But just going
562                         in with the mindset from the previous call that had come in, and then
563                         my initial contact with him, it did seem kind of apparent that he wasn't.
564                         That there maybe something else in his system.

565    Casillas:         And you described his strength a few times throughout this.

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 24 of 27

| | | |
|---|---|---|
| 566 | Welch: | Mmm-hum. |
| 567 | Casillas: | Can you describe uhm, I mean, how strong was he? |
| 568 | Welch: | Uh, he, I mean he, uhm, based on my training experience as well just |
| 569 | | with like, either like PCP or something, they say gives your |
| 570 | | superhuman strength. Uh, my initial thought would be it'd be |
| 571 | | something like that, because he was able to lift the four of us up. |
| 572 | | Granted it wasn't just, you know like lifting a feather, but, without too |
| 573 | | much trouble. |
| 574 | Casillas: | Okay. |
| 575 | Welch: | And then, even then be able to get all the way back up to his feet with |
| 576 | | four full grown Officers attempting to hold him down. |
| 577 | Casillas: | Okay, so from the time uhm, I know time is sometimes difficult to |
| 578 | | estimate, but from the time you and Officer King are brining him out of |
| 579 | | the roadway, and we're kind of where the struggle starts. |
| 580 | Welch: | Mmm-hum. |
| 581 | Casillas: | What would say and in from the time you guys get him down in to cu, |
| 582 | | into handcuffs, and you realize he's not moving. What's that struggle |
| 583 | | timeframe roughly? If you were to give an estimate on the times. |
| 584 | Welch: | (Inaudible) trying to think, three four five minutes. |
| 585 | Casillas: | Okay. Is there anything I haven't asked you that you believe is |
| 586 | | important for me to know as an investigator? Anything else that you |
| 587 | | can think of? |
| 588 | Welch: | Mmm, not too much, I mean, it's just, you know, it's like they say it |
| 589 | | happened so fast, uhm. |
| 590 | Casillas: | Was there, was there only one taser deployed that you have |
| 591 | | knowledge of that you saw? |

COP_0000872

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 25 of 27

| | | |
|---|---|---|
| 592 | Welch: | One Officer deployed a taser, yes. |
| 593 | Casillas: | Okay. |
| 594 | Welch: | That's (inaudible) I'm aware of. |
| 595 | Casillas: | Okay. |
| 596 597 | Meraz: | When, when you said the four of you were on top of him, do you mean you're all laying across him with all your body weight or (inaudible). |
| 598 599 600 | Welch: | Well initially, Officer Brookins was kind of laying across him. He did, you know, briefly uh, then moved to a different angle to where we were all kind of just putting our weight on him. |
| 601 602 | Meraz: | By putting your weight do you mean each person had a quarter of his body? |
| 603 | Welch: | Essentially, yeah. |
| 604 605 606 | Meraz: | Type of thing? Okay, and then, I'm just trying to get a picture. When you did the knee strikes, this is when the guy's on all four and that's how you're able to access his right front ribcage area, right? |
| 607 | Welch: | Yes. |
| 608 609 | Meraz: | Okay. I just wanna clarify that. Do you think you would of booked the subject uhm, at the end of all this, had he lived? |
| 610 | Welch: | Uhm, yeah. |
| 611 | Meraz: | Do you believe you were assaulted? |
| 612 613 | Welch: | Yeah, uh, yeah, I mean, I would have no knowledge of a crime prior to that. |
| 614 | Meraz: | Mmm-hum. |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 26 of 27

| 615 | Welch: | But, you know, after everything that happened yes. |
| 616 | Meraz: | And then uhm, you know you said he was pretty much super strong |
| 617 | | and he was rambling, flailing his arms, uh, did you happen to notice if |
| 618 | | he was sweating profusely, or anything else? |
| 619 | Welch: | I did not. |
| 620 | Meraz: | I guess that's all I have Melissa. |
| 621 | Casillas: | Did you observe him during any portion of the struggle roadway, did |
| 622 | | you observe him, uhm, make contact with his flailing of arms with any |
| 623 | | of the Officers? I mean. |
| 624 | Welch: | Well, I mean, uh, it's hard to say it was so fluid, I don't know. Just, you |
| 625 | | know. |
| 626 | Casillas: | Okay. |
| 627 | Welch: | Nobody was like, hey you punched me. Uhm. |
| 628 | Casillas: | Okay. |
| 629 | Welch: | Inevitably they, you know, we, would've been contacted one way or |
| 630 | | the other. |
| 631 | Casillas: | Okay. |
| 632 | Welch: | Uhm, but I didn't. |
| 633 | Casillas: | So you believe that. |
| 634 | Welch: | See anything specific. |
| 635 | Casillas: | Okay, you believe that his body was in contact with you guys as he |
| 636 | | was resisting being taken out of the roadway? Would that be a fair |
| 637 | | assessment or no? |

Employee Involved: Officer Nicholas Welch #9374
PSB12-0029
Page 27 of 27

638    Welch:              Well, I mean we had our hands on him, yes.

639    Casillas:           Okay.

640    Welch:              And then as we got him out of the roadway is when he kind a jerked
641                        away and began swinging his arms in the direction of myself and
642                        Officer King.

643    Casillas:           Okay.

644    Welch:              And then yeah, and then when we were on the ground at one point,
645                        he was kind of just swinging his arms. I don't know if he actually made
646                        contact, but he had a clinched fist and was swinging it upward
647                        (inaudible) very much range of motion though.

648    Casillas:           Okay. Do you know if any of other Officers are injured at all, did you
649                        hear?

650    Welch:              I've no, I don't have any knowledge.

651    Casillas:           Okay.

652    Welch:              I don't believe so.

653    Casillas:           Boss, I don't have anything else. Do you have anything?

654    Meraz:              No, I'm good.

655    Sexton:             No, I'm good.

656    Casillas:           Okay.  Okay, uhm, the time is uh, 3:28 A.M. and that is going to
657                        conclude the interview.

658

PSB12-0032_0140

COP_0000875