Page 1 of 2

*King #9144 Deployed*



**TASER**
—PROTECT LIFE—

| TASER Information | | Downloaded By | |
|---|---|---|---|
| Serial # | X00-561139 | Name | anthony meraz |
| Model # | X26 | Dept | phoenix pd |
| X26 Software Version | 22 | Rank | detective |
| Dataport CD Version | 17.8 | Windows Version | Microsoft® Windows NT(TM) Service Pack 3 |
| Record Date Range | All Data | Report Generated | 04/11/12 06:07:36 (local) |
| Computer Time Zone | US Mountain Standard Time | | |
| Using Daylight Savings Time | No | | |

**Recorded Firing Data**

| Seq | GMT Time | Local Time | Duration | Temp | Battery |
|---|---|---|---|---|---|
| 0001 | Incomplete Time Change Record | | | | |
| 0002 | 08/10/10 15:51:38 | 08/10/10 08:51:38 | Old Time | | |
| 0003 | 08/10/10 15:51:38 | 08/10/10 08:51:38 | New Time | | |
| 0004 | 08/10/10 16:14:53 | 08/10/10 09:14:53 | 5 | 25 | 99 |
| 0005 | 08/10/10 16:14:59 | 08/10/10 09:14:59 | 5 | 25 | 99 |
| 0006 | 08/10/10 16:15:04 | 08/10/10 09:15:04 | 5 | 25 | 99 |
| 0007 | 08/16/10 17:59:55 | 08/16/10 10:59:55 | 1 | 22 | 98 |
| 0008 | 03/21/12 13:57:13 | 03/21/12 06:57:13 | 5 | 23 | 95 |
| 0009 | 03/25/12 03:42:17 | 03/24/12 20:42:17 | 1 | 26 | 95 |
| 0010 | 03/26/12 04:13:56 | 03/25/12 21:13:56 | 1 | 25 | 95 |
| 0011 | 03/26/12 04:13:57 | 03/25/12 21:13:57 | 1 | 25 | 95 |
| 0012 | 03/27/12 09:07:48 | 03/27/12 02:07:48 | 1 | 26 | 95 |
| 0013 | 04/01/12 03:46:30 | 03/31/12 20:46:30 | 1 | 27 | 94 |
| 0014 | 04/02/12 03:52:49 | 04/01/12 20:52:49 | 1 | 25 | 94 |

| | | | | | |
|---|---|---|---|---|---|
| 0015 | 04/03/12 04:10:16 | 04/02/12 21:10:16 | 1 | 26 | 94 |
| 0016 | 04/04/12 04:01:44 | 04/03/12 21:01:44 | 1 | 25 | 94 |
| 0017 | 04/09/12 08:24:47 | 04/09/12 01:24:47 | 1 | 27 | 94 |
| 0018 | 04/11/12 03:57:42 | 04/10/12 20:57:42 | 1 | 25 | 94 |
| 0019 | 04/11/12 05:48:44 | 04/10/12 22:48:44 | 19 | 27 | 94 |
| 0020 | 04/11/12 05:49:17 | 04/10/12 22:49:17 | 29 | 29 | 92 |
| 0021 | 04/11/12 05:49:24 | 04/10/12 22:49:24 | 5 | 30 | 90 |
| 0022 | 04/11/12 13:28:18 | 04/11/12 06:28:18 | Old Time | | |
| 0023 | 04/11/12 13:07:09 | 04/11/12 06:07:09 | New Time | | |

End of Report.

COP_0000755

fyi... Page 1 of 1

## fyi...

**Hansen, Brian**
**Sent:** Thursday, April 26, 2012 9:40 AM
**To:** Hudson, Karen

CONTACT WITH TASER INTERNATIONAL

----------------------------------

DAN HILL- CUSTOMER SERVICE/TECHNICAL SUPPORT

ON THURSDAY APRIL 15TH 2012 I SPOKE TO DAN HILL AT TASER INTERNATIONAL. I EMAILED THE DEPLOYMENT RECORDS FOR OFFICER KING'S TASER TO HIM PRIOR TO SPEAKING.

THE TIMES LISTED ON THE TASER REPORT ARE THE END TIMES FOR THE DEPLOYMENT. TO OBTAIN THE DEPLOYMENT BEGIN TIME, IT IS NECESSARY TO SUBTRACT THE DEPLOYMENT LENGTH TIME FROM THE END TIME.

OFFICER KING'S TASER IS 21 MINUTES AND 9 SECONDS OFF FROM CURRENT LOCAL TIME, ON THE COMPUTER IT WAS DOWNLOADED WITH (DETECTIVE TONY MERAZ'S). I CONTACTED THE RADIO SUPERVISOR AND AT 0920 AM ON THURSDAY THE 25TH(TIME ACCORDING TO MERAZ'S COMPUTER) THE COMPUTER AIDED DISPATCH CLOCK ALSO SHOWED 0920 PER THE RADIO SUPERVISOR.

BASED ON THE ABOVE INFORMATION THE CORRECTED TIMES FOR THE DEPLOYMENTS OF THE TASER WOULD BE AS FOLLOWS

START END DURATION

----- --- --------

04/10/12 22:27:16 22:27:35 19 SECONDS

04/10/12 22:27:39 22:28:08 29 SECONDS

04/10/12 22:28:10 22:28:15 5 SECONDS


*Detective Brian Hansen #6250*

*Phoenix Police Department-Homicide Unit*

*620 W Washington St*

*Phoenix Az 85003*

*602 534-6912-desk*

*602 534-2646-fax*