

## OFFICE OF THE MEDICAL EXAMINER
### 701 W. Jefferson St.
### Phoenix, AZ 85007

### REPORT OF AUTOPSY

**DECEDENT**: Jorge Esteban Sanchez           **CASE**: 12-02323

**DATE OF EXAMINATION**: 04/12/2012           **TIME**: 0903 Hours

**PERSONS PRESENT AT EXAMINATION**:
**Phoenix Police Department:** Detective Sandra Rodriguez #46

### PATHOLOGIC DIAGNOSES

I.  Sudden adult death associated with being subdued while acutely intoxicated with methamphetamine and ethanol.
    A.  Became unresponsive while being subdued by law enforcement.
        1.  Electrical discharge device used.
        2.  Carotid choke hold used, reportedly.
            a.  Bilateral neck hemorrhages, mild.
            b.  Bony structures of the neck are without fracture.
    B.  Toxicology testing detected methamphetamine and ethanol.

II. Other blunt force injuries.
    A.  Abrasions, contusions, and a few lacerations over the skin surfaces.
    B.  Subgaleal hemorrhage.
    C.  Subdural hemorrhage, mild (less than 10 mL in aggregate).
    D.  Right-sided rib fractures, three.

**CAUSE OF DEATH:** Sudden adult death associated with being subdued while acutely intoxicated with methamphetamine and ethanol
**MANNER:** Undetermined

8/9/12
**Date Signed**

**ETOI DAVENPORT, MD**
**MEDICAL EXAMINER**