# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - JURY TRIAL

Phoenix Division

CV-14-00749-PHX-JJT          DATE: 1/24/2019
   Year  Case No  Initials

Title:   L. Alicia Rascon, et al.   vs.   Clinton H. Brookins, et al.
              Plaintiff                        Defendant(s)
========================================================================

HON: JOHN J. TUCHI

Julie Martinez                              Elaine Cropper
Deputy Clerk                                Court Reporter

**Attorney(s) for Plaintiff(s)**            **Attorney(s) for Defendant(s)**

Devon Jacob with Plaintiff L. Alicia        Christina Retts, Kathleen Wieneke and John Masterson
Rascon                                      with Defendants Jeremy King, Nicholas Welch, Steven
                                            Squier and Clinton Brookins and Paralegal Lindsey
                                            Piasecki and Julie Wanner
========================================================================
**PROCEEDINGS:  ___FINAL PRETRIAL   X  JURY TRIAL   ___VOIR DIRE   ___JURY SWORN**

Trial day # 7

8:33 a.m. Court convenes. Jury is not present. Discussion is held re: final jury instructions, verdict forms and closing arguments. Defendants renew Motions for Summary Judgment and Daubert Motions (Docs. 186 and 192). This matter is taken under advisement. 8:39 a.m. Court is in recess.

9:06 a.m. Court reconvenes. Jury is not present. 9:07 a.m. Jury is present. The Court reads the final jury instructions. Closing arguments. 10:16 a.m. Court is in recess.

10:23 a.m. Court reconvenes. Jury is present. Closing arguments continue. 11:34 a.m. Jury exits the courtroom. Discussion held re: schedule. 11:35 a.m. Court is in recess.

11:47 a.m. Court reconvenes. Jury is not present. 11:48 a.m. Jury is present. Closing arguments continue. Jury instruction read to the jury. Bailiff is sworn to take charge of the jury. 1:11 p.m. Jury exits the courtroom. Discussion held re: attorney contact information and schedule. 1:14 p.m. Court is in recess.

1:15 p.m. The jury is released for the lunch break. The jury will return at approximately 2:15 p.m. to commence deliberations.

2:12 p.m. The jury is present and deliberations commence.

3:15 p.m. The Court has been advised that the jury has reached a verdict.

3:34 p.m. Court reconvenes. All parties present. Jury is present. Verdict is read. The jury returns verdicts in favor of each of the defendants. The Court advises the Jury the admonition has been lifted and that they are excused from their jury service. 3:41 p.m. Jury exits the courtroom. Discussion held re: pending motions.

3:42 p.m. Court is adjourned.

**LATER: IT IS ORDERED** denying as moot Defendants' Rule 50 oral motion as to Defendants Brookins, King and Welch.  **IT IS FURTHER ORDERED** denying as moot Defendants' renewal of Rule 50 motion.  **IT IS FURTHER ORDERED** denying as moot Defendants' renewal of Motions for Summary Judgment and Daubert Motions (Docs. 186 and 192).   **IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment in favor of Defendants and close the case.

                                          Time in Court: 4 hrs. 3 mins.
                                          Start: 8:33 AM
                                          Stop: 3:42 PM